NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: BIG BABOON, INC.,**
*Appellant*

---

2016-1019

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/010,987.

---

**JUDGMENT**

---

FREDERICK A. LORIG, Quinn Emanuel Urquhart & Sullivan, LLP, Los Angeles, CA, argued for appellant. Also represented by BRUCE R. ZISSER.

COKE MORGAN STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, KAKOLI CAPRIHAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 5, 2016       /s/ Peter R. Marksteiner
Date               Peter R. Marksteiner
                  Clerk of Court